```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------- x
JAIME BEDOYA-CANO,                   :
                                     :
             Petitioner,             :        07 Civ. 9276 (JSR)
                                     :
             -v-                     :             ORDER
                                     :
UNITED STATES OF AMERICA,            :
                                     :
             Respondent.             :
----------------------------------- x
```

JED S. RAKOFF, U.S.D.J.

By letter dated June 6, 2008, which will now be docketed, petitioner Jaime Bedoya-Cano requests a 30 day extension of time in which to object to the Report and Recommendation issued by the Honorable Debra Freeman, United States Magistrate Judge, on May 29, 2008.  The Court grants the extension, but will not grant any further extension on any ground whatever.  Accordingly, petitioner's objections must be submitted by July 14, 2008.

SO ORDERED.

JED S. RAKOFF, U.S.D.J.

Dated:  New York, New York
        June 13, 2008

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6-16-08