```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------x
JAIME BEDOYA-CANO,                  :
                                    :
               Petitioner,          :
                                    :           07 Civ. 9276 (JSR)
          -v-                       :
                                    :           ORDER
UNITED STATES OF AMERICA,           :
                                    :
               Respondent.          :
------------------------------------x
```

JED S. RAKOFF, U.S.D.J.

    On March 29, 2008, the Honorable Debra Freeman, United States Magistrate Judge, issued a Report and Recommendation in the above-captioned matter recommending that the Court deny in all respects Jaime Bedoya-Cano's petition under 28 U.S.C. § 2255 for a writ of habeas corpus.

    No party has filed any objection to the Report and Recommendation (despite the Court's having granted petitioner an extension of the time to file such objections), and, for that reason alone, the parties have waived any right to further appellate review. See Thomas v. Arn, 474 U.S. 140, 147-48 (1985); Mario v. P & C Food Markets, Inc., 313 F.3d 758, 766 (2d Cir. 2002); Spence v. Superintendent, Great Meadow Corr. Facility, 219 F.3d 162, 174 (2d Cir. 2000). Accordingly, the Court hereby adopts the Report and Recommendation, and, for the reasons stated therein, denies the petition. Clerk to enter judgment.

    SO ORDERED.

_____
JED S. RAKOFF, U.S.D.J.

Dated: New York, New York
       September 9, 2008